**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Julius Darnell ROBERTS, Defendant–Appellant.**

No. 06–30017.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2007.*

Filed Aug. 21, 2007.

Stephanie Whitaker, Esq., USSP–Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Fed. R.App. P. 34(a)(2).

---

* This panel unanimously finds this case suitable for decision without oral argument. *See*

Richard D. Wall, Esq., Spokane, WA, for Defendant–Appellant.

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

Following a limited remand pursuant to *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc), Julius Darnell Roberts appeals from the district court's order concluding that it would not have imposed a materially different sentence had it known that the Sentencing Guidelines were advisory. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

■ Roberts contends that his sentence is unreasonable under *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), because the district court failed to consider the factors contained in 18 U.S.C. § 3553(a). However, this contention is foreclosed by *United States v. Combs,* 470 F.3d 1294, 1297 (9th Cir.2006).

■ Roberts contends that the district court improperly failed to give him the opportunity to present arguments regarding resentencing and to have a resentencing hearing. However, the district court properly elicited the views of counsel regarding resentencing. *See United States v. Montgomery,* 462 F.3d 1067, 1069 (9th Cir.2006). In addition, because the district court determined that it would not have imposed a materially different sentence,

Roberts was not entitled to a resentencing hearing. *See Combs,* 470 F.3d at 1296–97; *Ameline,* 409 F.3d at 1085. We also reject Roberts's contention that he must be resentenced because the district court allegedly failed to adequately explain the reasons for its decision.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

